# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO: AU:25-CR-00297(1)-ADA |
| | § | |
| (1) ABEL ESCALANTE-CERVANTES | § § | |

## ORDER

      On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 11, 2025, wherein the defendant (1) ABEL ESCALANTE-CERVANTES waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) ABEL ESCALANTE-CERVANTES to the Report and Recommendation, the Court enters the following order:

      **IT IS THEREFORE ORDERED** that the defendant (1) ABEL ESCALANTE-CERVANTES' plea of guilty to Count One (1) is accepted.

      Signed this 7th day of July, 2025.

                                                ALAN D ALBRIGHT
                                                UNITED STATES DISTRICT JUDGE